IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH HUTTON,**<br><br>*Plaintiff*,<br><br>v.<br><br>**HIGHLINE AFTERMARKET ACQUISITION, LLC,**<br><br>*Defendant*. | Case No. 2:21-cv-01759-JDW |

## ORDER

**AND NOW**, this 11th day of August, 2021, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.